TILYOU REALTY Co. and MARY F. KRAMER, as Executrix, etc., of THEODORE W. KRAMER, Deceased, Respondents, v. IRVING ROSENTHAL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

BERNARD ZERWICK, Respondent, v. GENERAL LEATHER PRODUCTS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

ZIMEL REALTY IMPROVEMENT CORP., Respondent, v. HAROLD G. ARON and NEWTON H. FESSENDEN, Copartners, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

## (April 26, 1937.)

SOLOMON SNITOW, Appellant, v. CENTRAL COAL COMPANY, INC., Defendant; ALEXANDER & SCHWACH, Respondents.— Motion dismissed in view of the decision on the appeal (post, p. 875), decided herewith. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

MAX ABRAMSON, Appellant, v. JAMES AVITABLE, as Special Guardian ad Litem for YETTA ABRAMSON, an Incompetent Person, and CENTRAL ISLIP STATE HOSPITAL, Respondents.— In an action for annulment of marriage on the ground that the defendant wife has been incurably insane for a period of five years or more (Dom. Rel. Law, § 7, subd. 5, added by Laws of 1928, chap. 589), interlocutory judgment modified by reducing the amount of security to be given by the plaintiff to the sum of $1,500, the same to be furnished by a deposit of cash, in court, to the credit of the action, subject to the further order of the court, or by the filing of an undertaking in that amount, with corporate surety. As so modified, the interlocutory judgment is unanimously affirmed, in so far as appealed from, without costs. The third conclusion of law is modified accordingly. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. Settle order on notice.

A. EDWARD ALLISON, Respondent, v. MARGARET T. ALLISON, Appellant.— Final judgment for the plaintiff in an action for divorce unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

LEROY BIGGS, Respondent, v. GLADYS BIGGS, Appellant.— Order striking out the separate defense alleged in the answer affirmed, without costs, with the privilege to defendant to serve an amended answer within ten days from the entry of the order hereon if so advised. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.